IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MACK A. WEST JR.,** | 2:12-cv-01293-DAD (PC) |
| Plaintiff, | **ORDER TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE** |
| v. | |
| **N. DIZON,** | |
| Defendant. | |

   Defendant's request to conduct Plaintiff Mack West's deposition via videoconference is granted.  Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.  IT IS SO ORDERED.

   Dated: February 14, 2013

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1

DAD:12West1293.vdep