1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  MACK WEST, Jr.,                      No.  2:12-cv-1293 MCE DAD P

12              Plaintiff,

13       v.                             ORDER

14  NOEL DIZON,

15              Defendant.

16

17          Plaintiff is a state prisoner proceeding pro se with an action for alleged violations of his

18  civil rights, pursuant to 42 U.S.C. § 1983.  Defendant has moved to file an amended answer (Doc.

19  No. 72.)  Good cause appearing, the motion will be granted.

20          Plaintiff has moved for additional time in which to reply to defendant's opposition to

21  plaintiff's motion for reconsideration of the undersigned's December 11, 2013 order.  (Doc. No.

22  73.)  The court has ruled on the motion for reconsideration.  Therefore plaintiff's request for

23  additional time to reply has been rendered moot.

24          Accordingly, IT IS HEREBY ORDERED that:

25          1.   Defendant's motion to file an amended answer (Doc. No. 72) is granted.  The

26  proposed amended answer attached to the motion as Exhibit A is deemed filed as of January 28,

27  2014.

28  ////

                                    1

2.   Plaintiff's motion for additional time (Doc. No. 73) is denied as moot.

Dated:  February 7, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
west1293.ord(5)

2