1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MACK A. WEST, Jr.,

        Plaintiff,

  v.

NOEL DIZON,

        Defendant.

No. 2:12-cv-1293 MCE DAD P

ORDER

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 27, 2014, the magistrate judge filed findings and recommendations that were served on all parties and contained notice that any objections were to be filed within fourteen days. Defendant has filed objections to the findings and recommendations.

      In accordance with 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

///

///

1

1. The findings and recommendations filed February 27, 2014, are adopted in full.

2. The motion for summary judgment (Doc. No. 33) is denied.

Dated:  March 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT