UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MACK WEST, Jr.,                                  No. 2:12-cv-1293 MCE DAD P

    Plaintiff,

    v.

NOEL DIZON,
                                        ORDER & WRIT OF HABEAS CORPUS
    Defendant.                    AD TESTIFICANDUM

Mack West, CDCR # F-60029, a necessary and material witness in a settlement conference in this case on March 12, 2015, is confined in Salinas Valley State Prison (SVSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Thursday, March 12, 2015 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SVSP, P. O. Box 1020, Soledad, California 93960:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: December 8, 2014

Dad1.civil rights
West1293.841

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE