UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK A. WEST, Jr., | No. 2:12-cv-1293 MCE DAD P |
| Plaintiff, | |
| v. | ORDER |
| NOAH DIZON, | |
| Defendant. | |

Plaintiff has requested a second extension of time to file his pretrial statement. Good cause appearing, this request will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 127) is granted. Plaintiff has until July 29, 2015, in which to file his pretrial statement. No further extensions of time for this purpose will be granted

2. Defendant has until August 17, 2015, in which to file his pretrial statement.

3. The pretrial conference (as described in local Rule 282) is re-set for August 29, 2015. The pre-trial conference shall be conducted on the file only, without appearance by either party.

/////

/////

/////

/////

This case remains set for jury trial before the Honorable Morrison C. England, Jr., on January 4, 2016, at 9:00 a.m. in Courtroom 7.

Dated: July 22, 2015

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm/west1293.36sec(2)

2