1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MACK A. WEST, Jr.,                    No.  2:12-cv-1293-MCE-EFB P (TEMP)

12             Plaintiff,

13        v.                               ORDER

14   NOEL DIZON

15             Defendant.

16

17        Plaintiff is a state prisoner proceeding with an action for alleged civil rights violations

18   pursuant to 42 U.S.C. § 1983.  Judicial economy requires that trial of this matter, currently set to

19   commence on January 4, 2016, be rescheduled.

20        Accordingly, IT IS HEREBY ORDERED that the current trial date of January 4, 2016, is

21   vacated.  Jury trial of this matter is re-set to commence before the Honorable Morrison C.

22   England, Jr., on March 28, 2016, at 9:00 a.m. in Courtroom No. 7.

23    DATED:  December 14, 2015.

24

25                                         EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE
26

27

28