1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  MACK A. WEST, Jr.,                    No. 2:12-cv-1293 MCE-EFB P (TEMP)
12         Plaintiff,
13      v.                                <u>ORDER</u>
14  NOEL DIZON,
15         Defendant.
16
17      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action
18  seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States
19  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
20      On August 28, 2015, the magistrate judge filed findings and recommendations
21  herein which were served on all parties and which contained notice to all parties that any
22  objections to the findings and recommendations were to be filed within fourteen days.
23  ECF No. 141.  Despite an extension of time granted to plaintiff, neither party has filed
24  objections to the findings and recommendations.
25      The court has reviewed the file and finds the findings and recommendations to be
26  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS
27  HEREBY ORDERED that:
28  ///

1. The findings and recommendations filed August 28, 2016 (ECF No. 141) are ADOPTED IN FULL; and

2. Plaintiff's motion for a "special order" (ECF No. 129), construed as a motion for preliminary injunction, is DENIED.

IT IS SO ORDERED.

Dated:  March 29, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT