UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MACK A. WEST, Jr.,

      Plaintiff,

vs.

NOEL DIZON,

      Defendant.

No. 2:12-cv-1293 MCE DB P

**AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Mack A. West, Jr., inmate F-60029, a necessary and material witness in proceedings in this case on January 23, 2017, is confined in California State Prison, Los Angeles County, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Carolyn K. Delaney, to appear by video-conferencing at California State Prison, Los Angeles County, January 23, 2017, at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, California State Prison, Los Angeles County, 44750 60th Street West, Lancaster, California, 93536-7620:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: January 5, 2017

                                    DEBORAH BARNES
                                    UNITED STATES MAGISTRATE JUDGE

DLB:9

DLB1/prisoner-civil rights/west1293.841vc2